IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Shaneka Clyburn, | ) | C/A No.: 0:14-925-JFA-SVH |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Burger King Corporation d/b/a Burger King, | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's motion to compel. [Entry #14]. Defendant argues that Plaintiff's responses to the discovery are insufficient. After holding a telephonic motion hearing and considering the briefs and arguments of counsel, the undersigned grants Defendant's motion to compel.

Specifically, the undersigned orders that Plaintiff provide the following information by October 3, 2014:

- As to Interrogatory No. 1, Plaintiff should sufficiently summarize the facts known to each person identified as having knowledge.

- As to Interrogatory No. 4 and Request for Production No. 13, Plaintiff shall either provide all the requested medical records from 2009 until the present or provide medical authorizations signed by Plaintiff and a full list of her providers.

- As to Interrogatory No. 6 and Request for Production No. 4, Plaintiff shall provide documentation showing for whom she has worked, how often she has worked, and

- the rate of pay she has received. If Plaintiff does not have such documentation, she should provide the information in list form.

- As to Interrogatory No. 11, Plaintiff shall provide contact information, including telephone numbers, for any person she has listed in her response. Only immediate family members living with Plaintiff must be contacted through Plaintiff's counsel.

- As to Interrogatory No. 1 of Defendant's Second Set of Interrogatories and Request for Production No. 21, Plaintiff shall furnish Defendant with a medical authorization for Plaintiff's daughter, limited to the date on which Plaintiff alleged she missed work to take her daughter to thedoctor. Plaintiff should also produce the information regarding the medical providers who examined Plaintiff's daughter on the date in question.

- As to Request for Production No. 3, Plaintiff shall furnish her tax returns. If Plaintiff has not received her tax returns by October 3, 2014, she must provide a copy of her request for copies of her tax returns.

If Plaintiff fails to provide such information by October 3, 2014, Defendant is invited to file a motion for sanctions and attorneys' fees.

IT IS SO ORDERED.

*Shiva V. Hodges*

September 26, 2014  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

2